626

455 A.2d 210

Commonwealth v. Walker, Appellant.

Submitted November 16, 1982. Martin L. Trichon, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Richard B. Klein is affirmed.

455 A.2d 210

Commonwealth v. Walls, Appellant.

Submitted April 13, 1982. Ira C. Houck, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.